UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS D. JACKSON,<br><br>    Defendant. | Case No. 17-cr-40052-JPG-001 |

### MEMORANDUM AND ORDER

THIS CAUSE came on for consideration upon the Government's motion pursuant to 18 U.S.C.§§ 3613(a) and 3664(n) (Doc. 163) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalty imposed in this case. As set forth in the Government's motion, the Bureau of Prisons maintains in its possession, custody, or control $625.00 in encumbered funds belonging to the defendant that are currently in the defendant's trust account.   The defendant has made a payment of $25.00 in March 2021; therefore, the amount requested is now $600.00.   At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds and for the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, **GRANTS** the motion (Doc. 163) and **ORDERS** that the Bureau of Prisons turn over to the Clerk of Court the amount of $600.00 from the defendant's trust account, and **DIRECTS** the Clerk of Court to accept funds currently held in the trust account for the following inmate:

>   Dennis Jackson
>   Reg. No. 13764-025
>   USP Lee
>   P.O. Box 305
>   Jonesville, VA 24263

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.   The Plaintiff is to provide a copy of this Order to the Garnishee.

**Dated:   May 24, 2021**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
